# DENNISON MANUFACTURING COMPANY *v.* DENNEY TAG COMPANY.

### TRADEMARKS; CANCELATION.

1. Words, letters, figures, or symbols not denoting origin or ownership, but merely indicating quality, are not registrable.

2. In a trademark cancelation proceeding, the interest of the petitioner is sufficient to form the basis of a petition to cancel the registered trademark of his adversary, where it appears that the marks, consisting of letters, were used by the registrant merely as grade marks, and that the petitioner had been using substantially the same marks in the same way. (Following *Tim & Co.* v. *Cluett, P. & Co.* 42 App. D. C. 212.)

Nos. 1165 and 1166.   Patent Appeals.   Submitted November 12, 1918.   Decided December 2, 1918.

HEARING on appeals from decisions of the Commissioner of Patents sustaining petitions for the cancelation of registered trademarks.                                    *Affirmed.*

The facts are stated in the opinion.

*Mr. A. V. Cushman, Mr. Chas. S. Grover,* and *Mr. Charles D. Woodberry* for the appellant.

*Mr. James A. Watson* for the appellee.

Mr. Justice ROBB delivered the opinion of the Court:

These are appeals from decisions of the Patent Office tribunals sustaining appellee's petition for the cancelation of the letters "D," "T," and "T C," which appellant, the Dennison Manufacturing Company, theretofore had registered as trademarks for tags.

The Patent Office, after a review of the evidence, found that appellant had not used these letters as trademarks, but merely as grade marks; and, since it appeared that appellee, the Denney Tag Company, was using substantially the same marks in the same way, sustained the petition for cancelation. This action clearly was right; for words, letters, figures, or symbols not denoting origin or ownership, but merely indicating quality, are not capable of exclusive appropriation. *Lawrence Mfg. Co.* v. *Tennessee Mfg. Co.* 138 U. S. 537, 547, 34 L. ed. 997, 1003, 11 Sup. Ct. Rep. 396; *Columbia Mill Co.* v. *Alcorn,* 150 U. S. 460, 463, 37 L. ed. 1144, 1146, 14 Sup. Ct. Rep. 151.

The interest of appellee was sufficient to form the basis for its petition to cancel. *Tim & Co.* v. *Cluett, P. & Co.* 42 App. D. C. 212.

The decisions are affirmed.                    *Affirmed.*